Rose Sherman et al., Respondents, v. M. Lowenstein & Sons, Inc., Appellant, et al., Defendants.

Brennan, Rabin, Hopkins and Munder, JJ., concur; Christ, Acting P. J., dissents and votes to affirm the judgment.

Janet Silva, Respondent, v. George Silva, Appellant.

Christ, Acting P. J., Brennan, Hopkins, Munder and Nolan, JJ., concur.